CORPORATION v. NATHAN HALPERIN.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of EDWARD A. BROWN, an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of NATHAN ROSENBERG, an Attorney.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

J. J. NEWBERRY COMPANY, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KATUGO TRADING CORPORATION, Appellant, v. PROGRESS SAMPLE CARD COMPANY, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID W. NEVINS, Appellant, v. HENRY BRUNING, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID W. NEVINS, Appellant, v. CHARLES B. NEVINS, and CHARLES B. NEVINS, MORRIS LEVIN and CARL MAISEL, as Executors, etc., of DELIA NEVINS, Deceased, Respondents.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES FUCCILLO, Respondent, v. JAMES T. MAXWELL and Others, Individually and as Copartners, etc., Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $7,652.85; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LUCERNE HOLDING CORPORATION, Appellant, v. HARRY A. TRAUB, Also Known as HARRY TRAUB, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS N. JAMES, as Executor, etc., of FRED S. JAMES, Deceased, Respondent, v. GEORGE W. BLOSSOM, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAY ROGERS, as Administratrix, etc., of ROSE ROGERS, Deceased, Respondent, v. U. E. REALTY CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD DELEN, Respondent, v. JAMES LEONE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NICHOLAS PALLAS, Respondent, v. REICH BROS. LONG ISLAND MOTOR FREIGHT, INC., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NICHOLAS PALLAS, Respondent, v. REICH BROS. LONG ISLAND MOTOR FREIGHT, INC., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs

and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDYTHE PHILLIPS, Appellant, v. DORIS REID, INC., Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Martin, J., dissent.

EDYTHE PHILLIPS, Appellant, v. DORIS REID, INC., and Another, Defendants, Impleaded with SOL PEYSER, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Martin, J., dissent.

ANDERS FORS, Respondent, v. RUST ENGINEERING COMPANY, a Foreign Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY A. CRONIN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN GANGEL, Respondent, v. SECOND AVENUE BATHS CORPORATION (NEW YORK), Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HELEN BARRETT, an Infant, by MARY BARRETT, Her Guardian ad Litem, and MARY BARRETT, Appellants, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent, Impleaded with Another. (Consolidated Actions.) — Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that whether there existed negligence on the part of the defendant railway company, and whether it was a proximate cause contributing to the accident, were questions of fact of which there was some evidence in the record. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BARNARD, PHILLIPS & Co., INC., Appellant, v. ISIDOR LUBARSKY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARNOLD PRINT WORKS, Respondent, v. GRAMERCY TEXTILE PRINTING Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LOUIS, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AMY TAYLOR and ARTHUR TAYLOR, Respondents, v. ELSEMERE TAXI CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS DIMARTINO, an Infant, etc., by SALVATORE DIMARTINO, His Guardian ad Litem, and SALVATORE DIMARTINO, Respondents, v. MORANTI & RAYMOND, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.